ARDHOW REALTY CORPORATION, Respondent, v. WETTY ROTH and Others, Defendants, and GAYNOR & ROSENBLUM, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. (*Herpe* v. *Herpe*, 225 N. Y. 323.) Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

MARTIN J. BAMMON, Respondent, v. HOLEPROOF HOSIERY COMPANY and HOLEPROOF-STELOS, INC., Appellants.— Motion for extension of time granted upon condition that within five days from the entry of the order herein, the date of issue be stipulated by defendants to be March 17, 1931; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

ELIZABETH C. BARTON, Plaintiff, v. OSTEND BATHS, INC., Defendant. SAMUEL and SOLOMON SOCHET, Doing Business as GRAND UNION TEXTILE MILLS, Appellants, v. THOMAS DOWNS, as Receiver for OSTEND BATHS, INC., and EDWARD FLYNN, as Administrator of HELEN FLYNN, Deceased, Respondents.— Motion for stay granted upon condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present —Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

FLORENCE BULKOSTEIN, Appellant, v. HENRY L. DOHERTY, Doing Business as HENRY L. DOHERTY & COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

GEORGE T. CAULFIELD, Respondent, v. JOSEPH WEIL and HERMAN RAHN, Defendants, and RICHARD FLAUTO, Appellant.— Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MARY ABRAMCIK, Respondent, v. JOHN CHERNICK, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.